1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   SHANT R. KASBARIAN,                    Case No.  1:18-cv-00122-LJO-SAB

12              Plaintiff,                  ORDER REQUIRING DEFENDANT TO FILE
                                            COPY OF ADMINISTRATIVE RECORD
13         v.                               WITHIN FOURTEEN DAYS

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                Defendant.
16

17

18        On January 23, 2018, Plaintiff filed the present action in this court seeking review of the

19   Commissioner's denial of an application for benefits.  (ECF No. 1.)  On January 24, 2018, the

20   Court issued a scheduling order.  (ECF No. 3).  The scheduling order states that within 120 days

21   after service, Defendant shall file and serve a copy of the administrative record which shall be

22   deemed an answer to the complaint.  On February 14, 2018, proof of service was returned

23   showing that Defendant was served by certified mail on January 29, 2018.  (ECF No. 4.)

24   Defendant did not file the administrative record in compliance with the January 24, 2018

25   scheduling order.

26        Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these

27   Rules or with any order of the Court may be grounds for imposition by the Court of any and all

28   sanctions . . . within the inherent power of the Court."  The Court has the inherent power to

                                            1

1    control its docket and may, in the exercise of that power, impose sanctions where appropriate,

2    including dismissal of the action.  <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir.

3    2000).

4           Accordingly, IT IS HEREBY ORDERED that:

5    1.      Within fourteen days from the date of service of this order, Defendant shall file

6            and serve a copy of the administrative record; and

7    2.      Failure to respond to this order could result in the imposition of sanctions, up to

8            an including an entry of default.

9

10   IT IS SO ORDERED.

11   Dated:   **June 4, 2018**   _____

                                  UNITED STATES MAGISTRATE JUDGE