# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANT R. KASBARIAN, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:18-cv-00122-LJO-SAB <br><br> ORDER GRANTING REQUEST FOR EXTENSION OF TIME <br><br> (ECF No. 11) |

On September 4, 2018, the parties filed a stipulation for an extension of time for Plaintiff to file an opeing brief. The Court finds good cause exists to grant the stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before October 8, 2018;

2. The Commissioner shall file a responsive brief on or before November 7, 2018; and

3. Plaintiff may file a reply brief on or before November 21, 2018.

IT IS SO ORDERED.

Dated: **September 4, 2018**

UNITED STATES MAGISTRATE JUDGE

1