# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANT KASBARIAN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-00122-LJO-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME TO SERVE PLAINTIFF'S REPLY BRIEF<br><br>(ECF No. 15) |

On November 15, 2018, Plaintiff filed a stipulation requesting an extension of time to file his reply brief, currently due November 21, 2018. (ECF No. 15.) Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's reply brief shall now be filed on or before December 5, 2018.

IT IS SO ORDERED.

Dated: __**November 16, 2018**__

UNITED STATES MAGISTRATE JUDGE

1