FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone:    541-419-0074
Fax:          541-593-4452
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHANT R. KASBARIAN, | ) | Case No. 1:18-cv-00122-LJO-SAB |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR AWARD OF ATTORNEY'S** |
| v. | ) | **FEES AND COSTS PURSUANT TO** |
| | ) | **28 U.S.C. §§ 1920 AND 2412(d).** |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of SEVEN THOUSAND FIVE HUNDRED dollars and ZERO cents ($7,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of four hundred dollars ($400.00) under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. The government's ability to honor the assignment will depend on whether the

fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010). After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset.

If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v. Ratcliff, 130 S. Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney at the following address: Jacqueline A. Forslund, Forslund Law LLC, P.O. Box 4476, Sunriver, Oregon 97707.

The parties further agree that the check for costs shall be made payable to Shant Kasbarian, but mailed to Plaintiff's attorney at the following address: Jacqueline A. Forslund, Forslund Law LLC, P.O. Box 4476, Sunriver, Oregon 97707. After Plaintiff's attorney receives the check for costs, she will forward the check to Plaintiff.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.


Respectfully submitted,

Date: August 15, 2019          JACQUELINE A. FORSLUND
                                        Attorney at Law


*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Attorney for Plaintiff

Date: August 15, 2019          MCGREGOR W. SCOTT
                                          United States Attorney
                                          DEBORAH STACHEL
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

/s/Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney
*By email authorization
Attorney for Defendant

ORDER

The above stipulation is APPROVED.

IT IS SO ORDERED.

Dated:   **August 16, 2019**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE